ELBERT VAN COTT, Appellant, v. MORTIMER VAN COTT, JR., Appellant, Impleaded with Others, and ALMA B. L. SLATER et al., Respondents.

Van Cott v. Van Cott, 167 App. Div. 694, affirmed.
(Argued December 8, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1915, upon the submission of a controversy under section 1279 of the Code of Civil Procedure upon an agreed statement of facts affecting the method of the distribution or division of the proceeds of sale of real property, or the respective interests in such realty if not sold, which has been held in trust by this defendant under the provisions of the third paragraph of the will of Jacob Weeks Cornwell, deceased, pursuant to an order of the Supreme Court, New York county, appointing the Windsor Trust Company, the predecessor of this defendant, to execute the trust, and such trust now having terminated by reason of the death of the life beneficiary, the testator's widow. The questions raised in the court below and upon this present appeal relate chiefly to the construction of the third paragraph of Mr. Cornwell's will, wherein his trustees are directed upon the death of his widow to sell the trust property and distribute the proceeds, and. to the respective interests of the several distributees therein.

Arthur M. Johnson for appellants.

Francis A. Winslow and Bern Budd for respondents.

Robert W. Candler for Empire Trust Company.

Judgment affirmed, without costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.